UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

October 15, 2007

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

*CA 07-1630 EGS*

Re: MDL No. 1760 - IN RE: Aredia and Zometa Products Liability Litigation

(See Attached CTO-49)

Dear Mr. Throckmorton:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 27, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Teresa Bishop*
Deputy Clerk

**RECEIVED**
OCT 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment

cc: Transferee Judge:      Judge Todd J. Campbell
    Transferor Judges:     Judge Emmet G. Sullivan, Judge Marcia G. Cooke, Judge Garrett E. Brown, Jr.
    Transferor Clerks:     Nancy Mayer-Whittington, Clarence Maddox, William T. Walsh

JPML Form 36

A CERTIFIED TRUE COPY

OCT 1 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ARADIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

OCT 1 8 2007

BY _____
DEPUTY CLERK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-49)**

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 267 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 1 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST AND CERTIFY
**A TRUE COPY**
Clerk
U.S. District Court
Middle District of Tennessee
By: _____
Deputy Clerk

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION                                              MDL No. 1760

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | MDTN# |
|---|---|---|---|---|
| **DISTRICT OF COLUMBIA** | | | | |
| | | | [redacted] | [redacted] |
| **FLORIDA SOUTHERN** | | | | |
| FLS | 0 | 07-61322 | Mary Kennedy v. Novartis Pharmaceuticals Corp. | 3:07-cv-1044 |
| **NEW JERSEY** | | | | |
| NJ | 3 | 07-4460 | Elizabeth DeAngelis v. Novartis Pharmaceuticals Corp. | 3:07-cv-1045 |