# United States District Court
## Middle District of Tennessee

Ann Frantz
*Operations Manager*

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-2364

October 18, 2007

CA07-1630 EGS

Clerk of Court
United States District Court
District of Columbia
1225 E Barrett Prettyman U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

In Re: MDL 1760 In Re Aredia and Zometa Products Liability Litigation
Conditional Transfer Order 49

Dear Clerk of Court:

Enclosed please find a certified copy of CTO 49 from the Judicial Panel on Multidistrict Litigation transferring your case to the Middle District of Tennessee.

The new case number is listed on the order. **Please make reference to the new case number in your transmittal letter.**

At your earliest convenience, please forward the case file and docket sheet, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov. If this is not possible, please forward the original contents of the case file and a certified copy of the docket sheet via mail. If you have any questions, please let me know.

Sincerely,

Ann Frantz

Enclosures

**RECEIVED**

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT